**EXHIBITS**

Exhibit 1     Mortgagee Letter 2008-38, December 5, 2008

Exhibit 2     Excerpt, Home Equity Conversion Mortgage (HECM) Counseling materials, May 2006

Exhibit 3     "About HECM" page from HUD website, updated 14 July 2006, saved on archive.org on 11 April 2008

Exhibit 4-1     Excerpt, Fannie Mae Home Equity Conversion Mortgage Consumer Fact Sheet, September, 1989

Exhibit 4-2     Excerpt, Fannie Mae Home Equity Conversion Mortgage Consumer Fact Sheet, August, 2004

Exhibit 5     Memorandum from Bruce Albright to Margaret Burns, July 25, 2006

Exhibit 6     Standard HECM Mortgage

Exhibit 7     Excerpt, Report 100-21 by the Senate Committee on Banking, Housing and Urban Affairs accompanying S. 825, 100th Congress, Section 135