# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ROBERT BENNETT,** *et al.*, )<br>) <br>Plaintiffs, )<br>)<br>v. )<br>)<br>**SHAUN DONOVAN** )<br>    Secretary, Housing and Urban )<br>    Development )<br>)<br>Defendant. )<br>) | **Civil Action No. 11-0498 (ESH)** |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion to dismiss (Dkt. No. 9) is **GRANTED**. The above-captioned case is **DISMISSED** without prejudice.

 

                                                             /s/
                                        ELLEN SEGAL HUVELLE
                                        United States District Judge

DATE: July 15, 2011