UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ROBERT BENNETT, *et al.*,           )
                                     )
            Plaintiffs,              )
                                     )
    vs.                              )    Case No. 11-CV-0498 (ESH)
                                     )
SHAUN DONOVAN, in his capacity as    )
SECRETARY OF THE                     )
UNITED STATES DEPARTMENT OF          )
HOUSING AND URBAN DEVELOPMENT,       )
                                     )
            Defendant.               )

---

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Robert Bennett, Leila Joseph and Delores J. Moore, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order granting Defendants' Motion to Dismiss, entered June 15, 2011, and the Order denying Plaintiffs' Motion for Reconsideration, entered September 22, 2011 (Docket Nos. 9 and 17).

Dated: October 21, 2011

                                        Respectfully submitted,

                                        /s/ Craig L. Briskin
Jean Constantine-Davis (D.C. Bar No. 250084)    Craig L. Briskin (D.C. Bar No. 980841)
AARP Foundation Litigation              Steven A. Skalet (D.C. Bar No. 359804)
601 E Street NW                         Janell Byrd (D.C. Bar No. 376609)
Washington, DC 20049                    Mehri & Skalet, PLLC
202-434-2058                            1250 Connecticut Avenue NW
Fax: 202-434-6464                       Suite 300
                                        Washington, DC 20036
                                        202-822-5100
                                        Fax: 202-882-4997

**CLERK**        Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Shaun Donovan
Secretary of the U.S. Department of
Housing and Urban Development
451 7th Street S.W.
Washington, D. C. 20410