UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT BENNETT, *et al.*,

    Plaintiffs,

v.

SHAUN DONOVAN
    Secretary, Housing and Urban
    Development

    Defendant.

Civil Action No. 11-0498 (ESH)

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' motion for summary judgment [ECF No. 31] is **GRANTED** and defendant's cross motion for summary judgment is **DENIED** [ECF No. 33]. It is further

**ORDERED** that the above-captioned matter is **REMANDED** to the Department of Housing and Urban Development for further proceedings consistent with the Opinion of this Court.

                                                                             /s/
                                           ELLEN SEGAL HUVELLE
                                           United States District Judge

DATE: September 30, 2013